# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2020-0036, <u>American Civil Liberties Union of New Hampshire & a. v. City of Concord</u>, the court on December 7, 2021, issued the following order:**

In accordance with our opinion dated December 7, 2021, the following redacted information in the License & Services Agreement and in the documents attached to it shall be disclosed on remand once the mandate in this case has issued:

1. In section 8(B) of the License & Services Agreement, located on page 11, the following language should be disclosed with two redactions retained as noted: "At [redacted] request, in [redacted] sole and absolute discretion, Licensee and its Representatives will take all reasonable actions to seek or cause dismissal of the case or legal or administrative proceeding in which such use or disclosure is contemplated, sought, or ordered."

2. In section 8(A) of the License & Services Agreement, located on page 10, the following language shall be disclosed: "SUBJECTS OF INVESTIGATIONS TO EMPLOY COUNTERMEASURES TO THIS TECHNOLOGY."

3. In section 5(A) of the Amendment to License and Services Agreement, located on pages 26-27, the following language shall be disclosed: "INDIVIDUALS WHO ARE THE SUBJECTS OF INVESTIGATIONS TO EMPLOY COUNTERMEASURES TO THIS TECHNOLOGY."

On remand, the trial court shall ensure that only those provisions specifically described in this order are disclosed to the plaintiffs and that all other redactions remain intact in accordance with our opinion.

To allow a meaningful opportunity for the filing and resolution of any motion for rehearing or reconsideration pursuant to Supreme Court Rule 22, the trial court and the plaintiffs' counsel shall keep this order, and the information disclosed in this order, confidential until the mandate has issued.

HICKS, BASSETT, HANTZ MARCONI, and DONOVAN, JJ., concurred.

**Timothy A. Gudas,
Clerk**